316 P.2d 84]

[Civ. No. 17593. First Dist., Div. One. Oct. 7, 1957.]

REVEREND MOTHER MARY PAULINE et al., Appellants, v. TIMOTHY I. FITZPATRICK, as Judge of the Superior Court, et al., Respondents.

John P. Doran for Appellants.

Appel, Liebermann & Leonard and Haskell Titchell for Respondents.

BRAY, J.—Motion by respondents to dismiss appeal on ground of failure of appellants to file opening brief. Motion by appellants to stay appeal.

A complete history of the proceedings in this matter is set forth in *Estate of Doran*, No. 17513, this day decided (see *Estate of Doran, ante*, p. 230 [316 P.2d 83].)

For the reasons set forth in said decision the motion to stay appeal is denied and the motion to dismiss is granted.

Peters, P. J., and Wood (Fred B.), J., concurred.